Tyson K. Hottinger (CA State Bar No. 253221)
    email: *thottinger@mabr.com*
Kirk R. Harris (pro hac vice application pending)
    email: *kharris@mabr.com*
Michael J. Howell (pro hac vice application pending)
    email: *mhowell@mabr.com*
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850
Facsimile:  (435) 252-1361

Attorneys for Plaintiff ARRAY TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRAY TECHNOLOGIES, INC., a New Mexico corporation,<br><br>  Plaintiff,<br>v.<br><br>NEXTRACKER, INC., a Delaware corporation; FLEX LTD., a corporation; and DANIEL S. SHUGAR, an individual,<br><br>  Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)**<br><br>Civil Action No. 3:19-cv-5835<br><br>Judge Richard Seeborg |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Array Technologies, Inc. hereby dismisses all claims in this action as to all defendants.

DATED:  November 20, 2019

                                           Tyson K. Hottinger
                                           Kirk R. Harris
                                           Michael J. Howell
                                           MASCHOFF BRENNAN

                                       By:  */s/ Tyson K. Hottinger*

                                           Attorneys for Plaintiff
                                           ARRAY TECHNOLOGIES, INC.